## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **GARY CASH,** § § § | **Civil Action No. 4:16-cv-00824-ALM** |
| Plaintiff, § | |
| § | |
| **v.** § | |
| § | |
| **MIRAMED REVENUE GROUP,** § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: July 26, 2017                    BY: */s/ Amy L. Bennecoff Ginsburg*
                                                            Amy L. Bennecoff Ginsburg, Esquire
                                                            Kimmel & Silverman, P.C.
                                                            30 E. Butler Avenue
                                                            Ambler, PA 19002
                                                            Phone: (215) 540-8888
                                                            Facsimile: (877) 788-2864
                                                            Email: aginsburg@creditlaw.com
                                                            Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Nabil Gallo Foster, Esq.
Hinshaw & Culbertson - Chicago
222 N La Salle St
Suite 300
Chicago, IL 60601-1081
312.704.3262
Fax: 312.704.3001
Email: nfoster@hinshawlaw.com

Kevin Thomas Crocker, Esq.
Barron & Newburger PC - Austin
1212 Guadalupe St
Ste 104, The Penthouse
Austin, TX 78701-1837
214/953-6000
Fax: 12149535822
Email: kcrocker@bn-lawyers.com

Dated: February 29, 2016            BY: */s/ Amy L. Bennecoff Ginsburg*
                                Amy L. Bennecoff Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Facsimile: (877) 788-2864
                                Email: aginsburg@creditlaw.com
                                Attorney for the Plaintiff